UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMENANG CHOH and GRACE KIRK, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>BROWN UNIVERSITY, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, HARVARD UNIVERSITY, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, PRINCETON UNIVERSITY, YALE UNIVERSITY, and THE IVY LEAGUE COUNCIL OF PRESIDENTS,<br><br>              Defendants. | Case No.: 3:23-cv-00305-AWT<br><br><br><br><br><br><br><br>April 3, 2023 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Harvard University ("Harvard"), by its attorneys, states that Harvard is not a subsidiary of any other corporation and no publicly held company owns 10% or more of its stock.

                                            FINN DIXON & HERLING LLP

                                            By: /s/ David R. Allen
                                                Deirdre M. Daly (ct23128)
                                                David R. Allen (ct30827)
                                                Six Landmark Square
                                                Stamford, CT  06901-2704
                                                Tel: (203) 325-5000
                                                Fax: (203) 325-5001
                                                ddaly@fdh.com
                                                dallen@fdh.com

                                            *Attorneys for Defendant Harvard University*

**CERTIFICATION**

I hereby certify that on April 3, 2023 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ David R. Allen
David R. Allen (ct30827)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT  06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: dallen@fdh.com