**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TAMENANG CHOH and GRACE KIRK, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, HARVARD UNIVERSITY, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, PRINCETON UNIVERSITY, YALE UNIVERSITY, and THE IVY LEAGUE COUNCIL OF PRESIDENTS, <br><br> Defendants. | Case No.: 3:23-cv-00305-AWT <br><br><br><br><br><br><br><br> April 14, 2023 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Council of Ivy Group Presidents ("The Ivy League"), by its undersigned counsel, hereby states as follows:

The Ivy League is an unincorporated association. The Ivy League has no parent corporation and no publicly held corporation owns 10% or more of its stock.

FINN DIXON & HERLING LLP

By: /s/ David R. Allen
    Deirdre M. Daly (ct23128)
    David R. Allen (ct30827)
    Six Landmark Square
    Stamford, CT  06901-2704
    Tel: (203) 325-5000
    Fax: (203) 325-5001
    ddaly@fdh.com
    dallen@fdh.com

    *Attorneys for Defendant Council of Ivy Group Presidents*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 14, 2023, a true copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

    /s/ David R. Allen
David R. Allen (ct30827)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT  06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: dallen@fdh.com