UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMENANG CHOH and GRACE KIRK, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, HARVARD UNIVERSITY, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, PRINCETON UNIVERSITY, YALE UNIVERSITY, and THE IVY LEAGUE COUNCIL OF PRESIDENTS,<br><br>                Defendants. | Case No. 3:23-cv-00305-AWT<br><br>May 15, 2023 |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants Brown University, the Trustees of Columbia University in the City of New York, Cornell University, Trustees of Dartmouth College, Harvard University, the Trustees of the University of Pennsylvania, Princeton University, Yale University, and the Ivy League Council of Presidents, by and through the undersigned counsel and pursuant to Rule 12 of the Federal Rules of Civil Procedure, respectfully move for dismissal of Plaintiff's Complaint for failure to state a claim. In support of their motion, Defendants submit the accompanying Memorandum of Law.

Dated: May 15, 2023                    Respectfully submitted,

                                                      /s/ Seth P. Waxman
Seth P. Waxman (phv03095)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington DC 20037
Tel.: (202) 663-6000
Fax: (202) 663-6363
seth.waxman@wilmerhale.com

Alan Schoenfeld (phv207237)
David Gringer (phv207236)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com
david.gringer@wilmerhale.com

*Attorneys for Defendant The Trustees of the University of Pennsylvania*

Deirdre M. Daly (ct23128)
David R. Allen (ct30827)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT 06901
Tel.: (203) 325-5000
Fax: (203) 325-5001
ddaly@fdh.com
dallen@fdh.com

*Attorneys for Defendants*

Noah J. Kaufman (phv207186)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
Tel.: (617) 341-7590
noah.kaufman@morganlewis.com

Jon R. Roellke (phv207185)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541

Tel.: (202) 739-5754
jon.roellke@morganlewis.com

*Attorneys for Defendant Brown University*

Karen Hoffman Lent (phv207216)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
Room 40-216
New York, NY  10001-8602
Tel:  212-735-3276
Fax:  917-735-3276
karen.lent@skadden.com

Amy Van Gelder (phv207221)
John Kocoras (phv207222)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL  60606-1720
Tel:  312-407-0903
amy.vangelder@skadden.com
john.kocoras@skadden.com

*Attorneys for Defendant The Trustees of Columbia University in the City of New York*

Norm Armstrong (phv207230)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006
Tel.: (202) 737-0500
narmstrong@kslaw.com

Zachary T. Fardon (phv207217)
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Tel.: (312) 995-6333
zfardon@kslaw.com

*Attorneys for Defendant Cornell University*

Terri L. Mascherin (phv207218)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456

3

Tel: (312) 222-9350
tmascherin@jenner.com

Ishan K. Bhabha (phv207234)
Douglas E. Litvack (phv10727)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001-4412
Tel.: (202) 637-6327
ibhabha@jenner.com
dlitvack@jenner.com

*Attorneys for Defendant Trustees of Dartmouth College*

Renata Hesse (phv207214)
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW, Suite 700
Washington, DC 20006
Tel.: (202) 956-7500
Fax: (202) 293-6330
hesser@sullcrom.com

Diane L. McGimsey (phv207215)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Tel.: (310) 712-6600
Fax: (310) 712-8800
mcgimseyd@sullcrom.com

*Attorneys for Harvard University*

Juan A. Arteaga (phv05032)
Rosa Morales (phv207245)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Tel.: (212) 803-4000
Fax: (212) 223-4134
jarteaga@crowell.com
rmorales@crowell.com

Jordan Ludwig (phv11097)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071

4

Tel.: (213) 443-5524
Fax: (213) 622-2690
jludwig@crowell.com

*Attorneys for Defendant Princeton University*

Charles A. Loughlin (phv207263)
Benjamin F. Holt (phv01665)
Christopher M. Fitzpatrick (phv207257)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel.: (202) 637-5600
chuck.loughlin@hoganlovells.com
benjamin.holt@hoganlovells.com
chris.fitzpatrick@hoganlovells.com

*Attorneys for Defendant Yale University*

Derek Ludwin (phv207232)
Meaghan Ryan (phv207233)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
Tel: (202) 662-5429
Fax: (202) 778-5429
dludwin@cov.com
mryan@cov.com

*Attorneys for Defendant Council of Ivy Group Presidents*

## CERTIFICATE OF SERVICE

      I, Seth P. Waxman, hereby certify that, on May 15, 2023, I caused a copy of this Motion to Dismiss to be served on all registered counsel electronically via the Court's ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by U.S. mail, postage prepaid, to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                                            */s/ Seth P. Waxman*
                                                                           Seth P. Waxman (phv03095)