## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMENANG CHOH and GRACE KIRK, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 3:23-cv-00305-AWT |
| BROWN UNIVERSITY, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, HARVARD UNIVERSITY, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, PRINCETON UNIVERSITY, YALE UNIVERSITY, and COUNCIL OF IVY GROUP PRESIDENTS, | |
| *Defendants*. | June 21, 2023 |

## JOINT SUPPLEMENT TO 26(F) REPORT OF PARTIES' PLANNING MEETING

The plaintiffs, Tamenang Choh and Grace Kirk, individually and on behalf of all others similarly situated, together with the defendants, Brown University, The Trustees of Columbia University in the City of New York, Cornell University, Trustees of Dartmouth College, Harvard University, The Trustees of the University of Pennsylvania, Princeton University,[1] Yale University, and Council of Ivy Group Presidents (collectively, the "Parties"), by and through their undersigned counsel, hereby submit this joint supplement to their 26(f) Report of Parties' Planning Meeting (Doc. No. 147) (the "Planning Report"), and state as follows:

The Parties submitted the Planning Report on May 10, 2023. The Court has not entered an order regarding the Planning Report. However, some of the deadlines proposed by the Parties are

---

[1] The Complaint does not use Princeton's formal legal name, which is "The Trustees of Princeton University."

about to pass, and therefore, the Parties seek to supplement the Plaining Report to extend those proposed deadlines. Specifically, the current proposed deadlines to file a stipulated ESI[2] protocol and proposed stipulated orders regarding confidentiality, FERPA, HEA, and expert discovery (or competing proposals regarding the same) are June 21, 2023. *See* Planning Report, § V.E(l – n). The Parties seek to amend the Planning Report to extend those proposed deadlines through and including July 15, 2023. The Parties submit that they have discussed and will continue to discuss those proposed stipulated orders and have exchanged drafts of the same. However, they need additional time to confer in order to attempt to finalize any agreed orders and/or submit competing proposals.

By: /s/  John L. Cesaroni_____

Stephen M. Kindseth (ct14640)
James M. Moriarty (ct21876)
John L. Cesaroni (ct29309)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06605
Tel. 203-368-4234
Fax. 203-368-5485
skindseth@zeislaw.com
jmoriarty@zeislaw.com
jcesaroni@zeislaw.com

Eric L. Cramer*
Patrick F. Madden*
Alan K. Cotler*
Najah Jacobs*
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000

Velvel (Devin) Freedman*
Edward Normand*
Stephen Lagos*
FREEDMAN NORMAND
FRIEDLAND LLP
90 Park Avenue
Suite 1910
New York, N.Y. 10016
Phone: 646-970-7513
vfreedman@fnf.law
tnormand@fnf.law
slagos@fnf.law

---

[2] All capitalized terms herein shall have the same meaning as in the Planning Report, unless otherwise indicated.

ecramer@bm.net
pmadden@bm.net
alancotler@gmail.com
njacobs@bm.net

Robert E. Litan*
Dan Walker*
Hope Brinn*
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Phone: (202) 559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs and the Proposed Class*


/s/  David R. Allen
Deirdre M. Daly (ct23128)
David R. Allen (ct30827)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT 06901
Tel: 203-325-5000
Fax:  203-325-5001
ddaly@fdh.com
dallen@fdh.com

*Attorneys for All Defendants*


Noah J. Kaufman (phv207186)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA  02110
Tel:  617-341-7590
noah.kaufman@morganlewis.com

Jon R. Roellke (phv207185)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004-2541
Tel:  202-739-5754
jon.roellke@morganlewis.com

*Attorneys for Defendant Brown University*


Karen Hoffman Lent (phv207216)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
Room 40-216
New York, NY  10001-8602
Tel:  212-735-3276
Fax:  917-735-3276
karen.lent@skadden.com

Amy Van Gelder (phv207221)
John Kocoras (phv207222)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive
Chicago, IL  60606-1720
Tel:  312-407-0903
amy.vangelder@skadden.com
john.kocoras@skadden.com

*Attorneys for Defendant The Trustees of
Columbia University in the City of New York*


Norm Armstrong (admitted pro hac vice)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC  20006
Tel:  202-737-0500
narmstrong@kslaw.com

Zachary T. Fardon (admitted pro hac vice)
KING & SPALDING LLP
110 N. Wacker Drive
Suite 3800
Chicago, IL  60606
Tel:  312-995-6333
zfardon@kslaw.com

*Attorneys for Defendant Cornell University*

Terri L. Mascherin (phv207218)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
Tel:  312-222-9350
tmascherin@jenner.com

Ishan K. Bhabha (phv207234)
Douglas E. Litvack
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC  20001-4412
Tel:  202-637-6327
ibhabha@jenner.com
dlivack@jenner.com

*Attorneys for Defendant Trustees of Dartmouth College*

Renata B. Hesse (phv207214)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW
Suite 700
Washington, DC  20006
Tel:  202-956-7500
Fax:  202-293-6330
hesser@sullcrom.com

Diane L. McGimsey (phv207215)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA  90067
Tel:  310-712-6600
Fax:  310-712-8800
mcgimseyd@sullcrom.com

*Attorneys for Defendant Harvard University*

Seth P. Waxman (phv03095)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW

Washington D.C.  20037
Tel:  202-663-6000
Fax:  202-663-6363
seth.waxman@wilmerhale.com

Alan Schoenfeld (phv207237)
David Gringer (phv207236)
WILMER CUTLER PICKERING HALE AND
DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Tel:  212-230-8800
Fax:  212-230-8888
alan.schoenfeld@wilmerhale.com
david.gringer@wilmerhale.com

*Attorneys for Defendant The Trustees of the
University of Pennsylvania*

Juan A. Arteaga (phv05032)
Rosa Morales (phv207245)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Tel:  212-803-4053
Fax:  212-223-4134
jarteaga@crowell.com
rmorales@crowell.com

Jordan Ludwig (phv11097)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Tel:  213-443-5524
Fax:  213-622-2690
jludwig@crowell.com

*Attorneys for Defendant Princeton University*

Charles A. Loughlin (phv207263)
Benjamin F. Holt (phv01665)
Christopher M. Fitzpatrick (phv207257)
HOGAN LOVELLS US LLP

555 Thirteenth Street, N.W.
Washington, DC  20004
Tel:  202-637-5600
chuck.loughlin@hoganlovells.com
benjamin.holt@hoganlovells.com
chris.fitxpatrick@hoganlovells.com

*Attorneys for Defendant Yale University*


Derek Ludwin (phv207232)
Meaghan Ryan (phv207233)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001
Tel:  202-662-5429
Fax:  202-778-5429
dludwin@cov.com
mryan@cov.com

*Attorneys for Defendant Council of Ivy Group
Presidents*