UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMENANG CHOH and GRACE KIRK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BROWN UNIVERSITY, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, HARVARD UNIVERSITY, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, PRINCETON UNIVERSITY, YALE UNIVERSITY, and THE IVY LEAGUE COUNCIL OF PRESIDENTS,<br><br>    Defendants. | Case No.: 3:23-cv-00305-AWT<br><br><br><br><br><br><br><br><br><br>February 1, 2024 |

**<u>NOTICE OF CHANGE OF FIRM</u>**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

  PLEASE TAKE NOTICE that Norman A. Armstrong, Jr. is now affiliated with the law firm of Kirkland & Ellis LLP.  His new address is 1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004 and his email is norman.armstrong@kirkland.com.  His new telephone number is 202-389-3180.

1

KIRKLAND & ELLIS LLP

By: /s/ *Norman A. Armstrong, Jr.*
  Norman A. Armstrong, Jr. (phv207230)
  Kirkland & Ellis LLP
  1301 Pennsylvania Avenue, NW
  Washington, D.C. 20004
  Tel: (202) 389-3180
  E-mail: norman.armstrong@kirland.com

*Attorney for Defendant Cornell University*

## **CERTIFICATION**

  I hereby certify that on February 1, 2024 a copy of the foregoing was filed electronically through the Court's electronic filing system and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Norman A. Armstrong, Jr.*
Norman A. Armstrong, Jr.(phv207230)
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 389-3180
E-mail: norman.armstrong@kirkland.com
