IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMENANG CHOH and GRACE KIRK, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, HARVARD UNIVERSITY, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, PRINCETON UNIVERSITY, YALE UNIVERSITY, and COUNCIL OF IVY GROUP PRESIDENTS,<br><br>        Defendants. | No. 3:23-cv-00305-AWT |

**PLAINTIFFS' NOTICE OF RECENT AUTHORITY
RELEVANT TO PLAINTIFFS' MOTION TO DISMISS**

Plaintiffs respectfully submit this Notice of Recent Authority, relevant to Defendants' Motion to Dismiss (ECF No. 153), that issued since the briefing on this motion was completed on June 29, 2023. On February 5, 2024, the National Labors Relations Board's (NLRB) Regional Director for Region 1, Laura Sacks, issued a written decision finding that Dartmouth's men's basketball players are employees and granting them the ability to organize under the National Labor Relations Act. This decision is relevant to the issue of the mode of analysis the Court should apply in analyzing the Ivy Agreement at issue in this case (supporting Plaintiffs' argument for the application of the "per se" standard) and the sufficiency of Plaintiffs' allegations under the relevant

analysis. (*See* Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss, Doc. No. 160, at Argument § A.2.) A copy of the written decision is attached hereto as Exhibit A.

Dated: February 14, 2024

By: */s/ John L. Cesaroni*

| | |
|---|---|
| Stephen M. Kindseth (ct14640) | Velvel (Devin) Freedman |
| James M. Moriarty (ct21876) | Edward Normand |
| John L. Cesaroni (ct29309) | Joseph Delich |
| ZEISLER & ZEISLER, P.C. | Stephen Lagos |
| 10 Middle Street, 15th Floor | FREEDMAN NORMAND |
| Bridgeport, CT 06605 | FRIEDLAND LLP |
| Tel. 203-368-4234 | 90 Park Avenue |
| Fax. 203-368-5485 | Suite 1910 |
| skindseth@zeislaw.com | New York, N.Y. 10016 |
| jmoriarty@zeislaw.com | Phone: 646-970-7513 |
| jcesaroni@zeislaw.com | vfreedman@fnf.law |
| | tnormand@fnf.law |
| Eric L. Cramer | jdrelich@fnf.law |
| Patrick F. Madden | slagos@fnf.law |

Alan K. Cotler
Najah Jacobs
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
ecramer@bm.net
pmadden@bm.net
alancotler@gmail.com
njacobs@bm.net

Robert E. Litan
Dan Walker
Hope Brinn
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Phone: (202) 559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2024, I caused to be electronically transmitted a true and correct copy of the foregoing document to the Clerk of Court for filing using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                    /s/ *John L. Cesaroni*
                                    John L. Cesaroni (ct29309)