# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMENANG CHOH and GRACE KIRK, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROWN UNIVERSITY, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, CORNELL UNIVERSITY, TRUSTEES OF DARTMOUTH COLLEGE, HARVARD UNIVERSITY, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, PRINCETON UNIVERSITY, YALE UNIVERSITY, and THE IVY LEAGUE COUNCIL OF PRESIDENTS, <br><br> Defendants. | Case No. 3:23-cv-00305-AWT <br><br> October 21, 2024 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Tamenang Choh and Grace Kirk, individually and on behalf of all of all others similarly situated, by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order Granting Defendants' Motion to Dismiss (ECF No. 192, the "Order"), signed on October 9, 2024, and entered on October 10, 2024, in this matter. This appeal is taken from each and every part of the Order.

Dated: October 21, 2024

| | |
|---|---|
| Stephen M. Kindseth (ct14640) | By: */s/ Edward Normand* |
| James M. Moriarty (ct21876) | Velvel (Devin) Freedman |
| John L. Cesaroni (ct29309) | Edward Normand |
| ZEISLER & ZEISLER, P.C. | Stephen Lagos |
| 10 Middle Street, 15th Floor | FREEDMAN NORMAND FRIEDLAND LLP |
| Bridgeport, CT 06605 | 155 E. 44th Street, Suite 905 |
| Tel. (203) 368-4234 | New York, NY 10017 |
| Fax. (203) 368-5485 | Tel. (646) 350-0527 |
| skindseth@zeislaw.com | vel@fnf.law |
| jmoriarty@zeislaw.com | tnormand@fnf.law |
| jcesaroni@zeislaw.com | slagos@fnf.law |

Eric L. Cramer
Patrick F. Madden
Alan K. Cotler
Najah Jacobs
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel. (215) 875-3000
ecramer@bm.net
pmadden@bm.net
alancotler@gmail.com
njacobs@bm.net

Robert E. Litan
Dan Walker
Hope Brinn
BERGER MONTAGUE PC
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Phone: (202) 559-9745
rlitan@bm.net
dwalker@bm.net
hbrinn@bm.net

*Counsel for Plaintiffs and the Proposed Class*