APPEAL,EFILE,RMS

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:23−cv−00305−AWT

| | |
|---|---|
| Choh et al v. Brown University et al<br>Assigned to: Judge Alvin W. Thompson<br>Referred to: Judge Robert M. Spector<br>Cause: 15:1 Antitrust Litigation | Date Filed: 03/07/2023<br>Jury Demand: Plaintiff<br>Nature of Suit: 410 Anti−Trust<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Tamenang Choh**<br>*individually and on behalf of all others similarly situated* | represented by | **Alan Cotler**<br>Berger Montague<br>711 South Latches Lane<br>Merion Station, PA 19066<br>610−513−7536<br>Email: alancotler@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel J Walker**<br>Berger Montague PC<br>1001 G Street, NW<br>Suite 400 East<br>Washington, DC 20001<br>202−559−9745<br>Email: dwalker@bm.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Edward Normand**<br>Freedman Normand Friedland LLP<br>10 Grand Central<br>155 E. 44th Street, Suite 905<br>New York, NY 10017<br>646−350−0527<br>Email: tnormand@fnf.law<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Eric Leon Cramer**<br>Berger Montague PC<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>215−875−3009<br>Fax: 215−875−4604<br>Email: ecramer@bm.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James M. Moriarty**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street 15th Floor<br>Bridgeport, CT 06604<br>203−3678−4234<br>Fax: 203−549−0907<br>Email: jmoriarty@zeislaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Louis Cesaroni**<br>Zeisler & Zeisler, P.C. |

10 Middle Street 15th Floor
Bridgeport, CT 06604
203−368−5467
Fax: 203−549−0432
Email: jcesaroni@zeislaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Najah Jacobs**
Berger Montague PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
215−875−3059
Fax: 215−875−4604
Email: njacobs@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Madden**
Berger Montague PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
215−875−3000
Fax: 215−875−4604
Email: pmadden@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Litan**
Berger Montague PC
1001 G Street, NW
Suite 400 East
Washington, DC 20001
202−559−9745
Email: rlitan@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Kindseth**
Zeisler & Zeisler, P.C.
10 Middle Street 15th Floor
Bridgeport, CT 06604
203−368−4234
Fax: 203−367−9678
Email: skindseth@zeislaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Grace Kirk** *individually and on behalf of all others similarly situated* | represented by | **Alan Cotler** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Daniel J Walker** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Edward Normand** (See above for address) *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Eric Leon Cramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Moriarty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Louis Cesaroni**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Najah Jacobs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Madden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Litan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Kindseth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

**Brown University**          represented by   **David R. Allen**
Finn Dixon & Herling LLP
Six Landmark Square
Stamford, CT 06901
203−325−5000
Fax: 203−325−5001
Email: dallen@fdh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deirdre M. Daly**
Finn Dixon & Herling LLP
Six Landmark Square
Suite 600
Stamford, CT 06901
203−325−5000
Fax: 203−325−5001
Email: ddaly@fdh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Roellke**
Morgan Lewis & Bockius LLP
1111 Pennsylvania Ave., NW

Washington, DC 20004
202–739–5754
Email: jon.roellke@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah J. Kaufman**
Morgan Lewis & Bockius
One Federal Street
Boston, MA 02129
617–341–7590
Email: noah.kaufman@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trustees of Columbia University in the City of New York**     represented by     **Amy Lynn Van Gelder**
Skadden, Arps, Slate, Meagher & Flom LLP
320 S. Canal St.
Ste 47th Floor
Chicago, IL 60606–5707
312–407–0700
Fax: 312–407–0711
Email: amy.vangelder@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deirdre M. Daly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Kocoras**
Skadden, Arps, Slate, Meagher & Flom LLP
320 S. Canal St.
Ste 47th Floor
Chicago, IL 60606–5707
312–407–0700
Fax: 312–827–9470
Email: john.kocoras@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Hoffman Lent**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001–8602
212–735–3000
Email: karen.lent@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cornell University**     represented by     **David R. Allen**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Deirdre M. Daly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily T. Chen**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212−446−4800
Email: emily.chen@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman Armstrong , Jr**
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
202−389−3180
Email: norman.armstrong@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Thomas Fardon**
King & Spalding
110 North Wacker Drive
Ste 3800
Chicago, IL 60606
312−764−6960
Fax: 312−995−6330
Email: zfardon@kslaw.com
*TERMINATED: 02/02/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trustees of Dartmouth College**       represented by   **David R. Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deirdre M. Daly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Litvack**
Jenner & Block
1099 New York Ave., NW
Washington, DC 20001−4412
202−637−6357
Fax: 202−639−6066
Email: dlitvack@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ishan Kharshedji Bhabha**
Jenner and Block LLP
1099 New York Ave NW
Ste 900
Washington, DC 20001
202−637−6327
Email: ibhabha@jenner.com

|  |  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Terri L. Mascherin**<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>312–923–2799<br>Fax: 312–840–7799<br>Email: tmascherin@jenner.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Andrew Elliott**<br>Jenner & Block<br>919 Third Avenue<br>New York, NY 10022<br>212–407–1750<br>Email: aelliott@jenner.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Lauren J. Hartz**<br>Jenner & Block LLP<br>1099 New York Ave., NW<br>Suite 900<br>Washington, DC 20001<br>202–637–6363<br>Email: lhartz@jenner.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Defendant** | | |
| **Harvard University** | represented by | **David R. Allen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Deirdre M. Daly**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Diane McGimsey**<br>Sullivan & Cromwell LLP<br>1888 Century Park East<br>Ste 2100<br>Los Angeles, CA 90067<br>310–712–6644<br>Fax: 310–407–2666<br>Email: mcgimseyd@sullcrom.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Renata Hesse**<br>Sullivan & Cromwell LLP<br>1700 New York Avenue NW<br>Suite 700<br>Washington, DC 20006<br>202–956–7500<br>Fax: 202–956–6964<br>Email: hesser@sullcrom.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Trustees of the University of Pennsylvania** | represented by | **David R. Allen**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deirdre M. Daly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Schoenfeld**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212−230−7294
Email: alan.schoenfeld@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**David Gringer**
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212−230−8864
Email: david.gringer@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Seth P. Waxman**
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037
202−663−6800
Fax: 202−663−6363
Email: seth.waxman@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Princeton University**         represented by    **David R. Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deirdre M. Daly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Lee Ludwig**
Crowell & Moring LLP
515 S. Flower Street
40th Floor
Los Angeles, CA 90071
213−443−5524
Fax: 213−622−2690
Email: jludwig@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan A Arteaga**
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001

                                                                                                           212−803−4053  
Fax: 212−223−4134  
Email: jarteaga@crowell.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Rosa M Morales**  
Crowell & Moring LLP  
Two Manhattan West  
375 Ninth Avenue  
New York, NY 10001  
212−895−4261  
Fax: 212−223−4134  
Email: rmorales@crowell.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yale University**                              represented by   **Benjamin F. Holt**  
Hogan Lovells US LLP  
555 Thirteenth Street NW  
Washington, DC 20004  
202−637−8845  
Email: benjamin.holt@hoganlovells.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**David R. Allen**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Deirdre M. Daly**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Charles A. Loughlin**  
Hogan Lovells US LLP  
555 13th Street NW  
Washington, DC 20004  
202−637−5661  
Email: chuck.loughlin@hoganlovells.com  
*ATTORNEY TO BE NOTICED*

**Christopher Fitzpatrick**  
Hogan Lovells US LLP  
Columbia Square  
555 13th St. NW  
Washington, DC 20004  
202−637−3668  
Email: chris.fitzpatrick@hoganlovells.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ivy League Council of Presidents**          represented by   **David R. Allen**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Deirdre M. Daly**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Derek Ludwin**
Covington & Burling LLP
One CityCenter
850 Tenth Avenue NW
Washington, DC 20001
202−662−5429
Email: dludwin@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meaghan Anne Ryan**
Covington & Burling LLP
One CityCenter
850 Tenth Avenue NW
Washington, DC 20001
570−242−4371
Email: mryan@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/21/2024 | 193 | NOTICE OF APPEAL as to 192 Order on Motion to Dismiss, by Tamenang Choh, Grace Kirk. Filing fee $ 605, receipt number ACTDC−7942689. (Normand, Edward) (Entered: 10/21/2024) |
| 10/09/2024 | 192 | ORDER: The defendants' Motion to Dismiss (ECF No. 153 ) is hereby GRANTED. Any motion for leave to amend the Complaint must be filed within 30 days and comply with Local Rule 7(f). If a motion to amend is not timely filed, this case will be closed. It is so ordered. Signed by Judge Alvin W. Thompson on 10/9/2024. (Arone, J.)Modified on 10/15/2024 to correct file date (Sichanh, C). (Entered: 10/10/2024) |
| 08/22/2024 | 191 | Memorandum in Opposition re 189 MOTION for *Order* to Modify Stay of Discovery to Permit Further Limited Discovery Order filed by Brown University, Cornell University, Harvard University, Ivy League Council of Presidents, Princeton University, Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Trustees of the University of Pennsylvania, Yale University. (Daly, Deirdre) (Entered: 08/22/2024) |
| 08/07/2024 | 190 | TRANSCRIPT of Proceedings: Type of Hearing: Initial Planning Conference (Zoom). Held on August 3, 2023, before Judge Alvin W. Thompson. Court Reporter: Alicia A. Cayode Kyles. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 8/28/2024. Redacted Transcript Deadline set for 9/7/2024. Release of Transcript Restriction set for 11/5/2024. (Cayode Kyles, Alicia) (Entered: 08/07/2024) |
| 08/01/2024 | 189 | MOTION for *Order* to Modify Stay of Discovery to Permit Further Limited Discovery Order by Tamenang Choh, Grace Kirk. (Attachments: # 1 Exhibit 1)(Cesaroni, John) (Entered: 08/01/2024) |
| 05/20/2024 | 188 | NOTICE by Tamenang Choh, Grace Kirk re 153 MOTION to Dismiss *Plaintiffs' Second Notice of Recent Authority Relevant to Defendants' Motion to Dismiss* (Attachments: # 1 Exhibit 1)(Cesaroni, John) (Entered: 05/20/2024) |
| 02/14/2024 | 187 | Notice of Additional Authority re 153 MOTION to Dismiss filed by Tamenang Choh, Grace Kirk. (Attachments: # 1 Exhibit A)(Cesaroni, John) (Entered: 02/14/2024) |
| 02/13/2024 | 186 | NOTICE of Appearance by Emily T. Chen on behalf of Cornell University (Chen, Emily) (Entered: 02/13/2024) |

| | | |
|---|---|---|
| 02/05/2024 | 185 | ORDER granting 184 Motion to Appear Pro Hac Vice for Attorney Emily T. Chen. Signed by Clerk on 2/5/2024. (Gaskins, A) (Entered: 02/05/2024) |
| 02/02/2024 | 184 | MOTION for Attorney(s) Emily T. Chen to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7636147) by Cornell University. (Daly, Deirdre) (Entered: 02/02/2024) |
| 02/02/2024 | 183 | ORDER: The Motion to Withdraw Appearance (ECF No. 182 ) is hereby GRANTED. The Clerk shall terminate the appearance of Attorney Zachary T. Fardon. It is so ordered. Signed by Judge Alvin W. Thompson on 2/2/24. (Eagan, O.) (Entered: 02/02/2024) |
| 02/01/2024 | 182 | MOTION for Zachary T. Fardon to Withdraw as Attorney by Cornell University. (Armstrong, Norman) (Entered: 02/01/2024) |
| 02/01/2024 | 181 | NOTICE by Cornell University *of Change of Firm for Norman A. Armstrong, Jr.* (Armstrong, Norman) (Entered: 02/01/2024) |
| 08/30/2023 | 180 | ORDER: The Motion for Admission Pro Hac Vice of John C. Kocoras (ECF No. 66 ) is hereby DENIED as moot. See ECF No. 84. It is so ordered. Signed by Judge Alvin W. Thompson on 08/30/2023. (Ghinaglia Socorro, F.) (Entered: 08/30/2023) |
| 08/04/2023 | 179 | ORDER REGARDING SCOPE OF EXPERT DISCOVERY. Signed by Judge Alvin W. Thompson on 08/04/2023. (Ghinaglia Socorro, F.) (Entered: 08/04/2023) |
| 08/04/2023 | 178 | ORDER REGARDING FERPA AND THE PRODUCTION OF CERTAIN DOCUMENTS AND INFORMATION. Signed by Judge Alvin W. Thompson on 08/04/2023. (Ghinaglia Socorro, F.) (Entered: 08/04/2023) |
| 08/04/2023 | 177 | ORDER REGARDING THE HEA AND THE PRODUCTION OF CERTAIN FAFSA DATA. Signed by Judge Alvin W. Thompson on 08/04/2023. (Ghinaglia Socorro, F.) (Entered: 08/04/2023) |
| 08/04/2023 | 176 | ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND PAPER DOCUMENTS. Signed by Judge Alvin W. Thompson on 08/04/2023. (Ghinaglia Socorro, F.) (Entered: 08/04/2023) |
| 08/04/2023 | 175 | CONFIDENTIALITY ORDER. Signed by Judge Alvin W. Thompson on 08/04/2023. (Ghinaglia Socorro, F.) (Entered: 08/04/2023) |
| 08/04/2023 | 174 | ORDER: The 26(f) Report of Parties' Planning Meeting (ECF No. 147 ) is hereby APPROVED as discussed at the status conference. It is so ordered. Signed by Judge Alvin W. Thompson on 08/04/2023. (Ghinaglia Socorro, F.) (Entered: 08/04/2023) |
| 08/04/2023 | 173 | Minute Entry for proceedings held before Judge Alvin W. Thompson: Initial Planning Conference. A status conference was held by Zoom on 08/04/2023 to discuss the parties' 26(f) report and proposed orders. Total Time: 14 minutes. (Court Reporter A. Cayode Kyles.) (Ghinaglia Socorro, F.) (Entered: 08/04/2023) |
| 08/03/2023 | 172 | RESPONSE re 170 MOTION for Leave to File *Supplemental Authority* filed by Trustees of the University of Pennsylvania. (Waxman, Seth) (Entered: 08/03/2023) |
| 08/03/2023 | | NOTICE regarding hearing via Zoom: The Initial Planning Conference scheduled for August 3, 2023 at 4:30 p.m. will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1605795038?pwd=T1VNR1hWNWZ1RXE4Y0VXd1BlSG53UT09 and call in number is +1 646 828 7666.<br><br>Meeting ID: 160 579 5038<br><br>Meeting Password: 756784<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Ghinaglia Socorro, F.) (Entered: 08/03/2023) |
| 08/03/2023 | 171 | ORDER: The Plaintiffs' Motion for Leave to File Supplemental Authority (ECF No. 170 ) is hereby GRANTED. It is so ordered. Signed by Judge Alvin W. Thompson on 08/03/2023. |

| | | |
|---|---|---|
| | | (Ghinaglia Socorro, F.) (Entered: 08/03/2023) |
| 07/31/2023 | 170 | MOTION for Leave to File *Supplemental Authority* by Tamenang Choh, Grace Kirk. (Attachments: # 1 Exhibit A)(Cesaroni, John) (Entered: 07/31/2023) |
| 07/28/2023 | 169 | PROPOSED ORDER *Regarding Scope of Expert Discovery* by Brown University, Cornell University, Harvard University, Ivy League Council of Presidents, Princeton University, Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Trustees of the University of Pennsylvania, Yale University. (Allen, David) (Entered: 07/28/2023) |
| 07/28/2023 | 168 | PROPOSED ORDER *Re: FERPA and Production of Certain Documents and Information* by Brown University, Cornell University, Harvard University, Ivy League Council of Presidents, Princeton University, Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Trustees of the University of Pennsylvania, Yale University. (Allen, David) (Entered: 07/28/2023) |
| 07/28/2023 | 167 | PROPOSED ORDER *Order Re: The HEA and Production of Certain FAFSA Data* by Brown University, Cornell University, Harvard University, Ivy League Council of Presidents, Princeton University, Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Trustees of the University of Pennsylvania, Yale University. (Allen, David) (Entered: 07/28/2023) |
| 07/28/2023 | 166 | PROPOSED ORDER *Production of Electronically Stored Information and Paper Documents* by Brown University, Cornell University, Harvard University, Ivy League Council of Presidents, Princeton University, Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Trustees of the University of Pennsylvania, Yale University. (Allen, David) (Entered: 07/28/2023) |
| 07/28/2023 | 165 | PROPOSED ORDER *Confidentiality Order* by Brown University, Cornell University, Harvard University, Ivy League Council of Presidents, Princeton University, Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Trustees of the University of Pennsylvania, Yale University. (Allen, David) (Entered: 07/28/2023) |
| 07/27/2023 | 164 | REPLY to Response to 153 MOTION to Dismiss filed by Brown University, Cornell University, Harvard University, Ivy League Council of Presidents, Princeton University, Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Trustees of the University of Pennsylvania, Yale University. (Waxman, Seth) (Entered: 07/27/2023) |
| 07/26/2023 | 163 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Initial Planning Conference set for 08/03/2023 at 4:30 p.m. before Judge Alvin W. Thompson. Dial–in instructions have been emailed to counsel of record. Anyone wishing to observe this proceeding should contact chambers at 860–240–3224 to request the dial–in instructions. (Ghinaglia Socorro, F.) (Entered: 07/26/2023) |
| 07/19/2023 | 162 | ORDER: The Defendants' Motion for Leave to File Reply in Excess of Page Limits (ECF No. 161) is hereby GRANTED absent objection. It is so ordered. Signed by Judge Alvin W. Thompson on 07/19/2023. (Ghinaglia Socorro, F.) (Entered: 07/19/2023) |
| 07/18/2023 | 161 | MOTION for Leave to File Excess Pages by Brown University, Cornell University, Harvard University, Ivy League Council of Presidents, Princeton University, Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Trustees of the University of Pennsylvania, Yale University. (Allen, David) (Entered: 07/18/2023) |
| 06/29/2023 | 160 | Memorandum in Opposition re 153 MOTION to Dismiss filed by Tamenang Choh, Grace Kirk. (Cesaroni, John) (Entered: 06/29/2023) |
| 06/26/2023 | 159 | ORDER: The Joint Supplement to 26(f) Report of Parties' Planning Meeting (ECF No. 158) is hereby APPROVED. The deadline to file a stipulated ESI protocol and proposed stipulated orders regarding confidentiality, FERPA, HEA, and expert discovery (or competing proposals regarding the same) is August 1, 2023. It is so ordered. Signed by Judge Alvin W. Thompson on 06/26/2023. (Ghinaglia Socorro, F.) (Entered: 06/26/2023) |
| 06/21/2023 | 158 | Joint NOTICE by Tamenang Choh, Grace Kirk re 147 Report of Rule 26(f) Planning Meeting *Joint Supplement Re Parties' Planning Meeting* (Cesaroni, John) (Entered: 06/21/2023) |
| 05/31/2023 | 157 | CERTIFICATE OF GOOD STANDING re 12 MOTION for Attorney(s) Hope E. Brinn to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7263738) by Tamenang |

| | | |
|---|---|---|
| | | Choh, Grace Kirk. (Cesaroni, John) (Entered: 05/31/2023) |
| 05/30/2023 | 156 | NOTICE of Appearance by Douglas Litvack on behalf of Trustees of Dartmouth College (Litvack, Douglas) (Entered: 05/30/2023) |
| 05/25/2023 | | Set/Reset Deadlines as to 153 MOTION to Dismiss. Responses due by 6/29/2023. See ECF No. 31 . (Ferguson, L.) (Entered: 05/25/2023) |
| 05/25/2023 | 155 | CERTIFICATE OF GOOD STANDING re 6 MOTION for Attorney(s) Velvel (Devin) Freedman to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7263149) by Tamenang Choh, Grace Kirk. (Cesaroni, John) (Entered: 05/25/2023) |
| 05/25/2023 | 154 | CERTIFICATE OF GOOD STANDING re 8 MOTION for Attorney(s) Stephen Lagos to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7263200) by Tamenang Choh, Grace Kirk. (Cesaroni, John) (Entered: 05/25/2023) |
| 05/15/2023 | 153 | MOTION to Dismiss by Brown University, Cornell University, Harvard University, Ivy League Council of Presidents, Princeton University, Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Trustees of the University of Pennsylvania, Yale University.Responses due by 6/5/2023 (Attachments: # 1 Memorandum of Law in Support, # 2 Declaration of Seth P. Waxman in Support, # 3 Exhibit 1, # 4 Exhibit 2)(Waxman, Seth) (Entered: 05/15/2023) |
| 05/15/2023 | 152 | ORDER: The Motion to Withdraw Docket Entry 148 (ECF No. 151 ) is hereby GRANTED. The Motion for Admission Pro Hac Vice of Savannah E. Berger (ECF No. 148 ) is hereby TERMINATED. It is so ordered. Signed by Judge Alvin W. Thompson on 05/15/2023. (Ghinaglia Socorro, F.) (Entered: 05/15/2023) |
| 05/12/2023 | 151 | MOTION to Withdraw 148 MOTION for Attorney(s) Savannah E. Berger to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7344982) *Motion to Withdraw Docket Entry 148* by Trustees of Dartmouth College. (Allen, David) (Entered: 05/12/2023) |
| 05/12/2023 | 150 | NOTICE of Appearance by Zachary Thomas Fardon on behalf of Cornell University (Fardon, Zachary) (Entered: 05/12/2023) |
| 05/12/2023 | 149 | NOTICE of Appearance by Norman Armstrong, Jr on behalf of Cornell University (Armstrong, Norman) (Entered: 05/12/2023) |
| 05/12/2023 | 148 | – WITHDRAWN – MOTION for Attorney(s) Savannah E. Berger to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7344982) by Trustees of Dartmouth College. (Daly, Deirdre) Modified on 5/16/2023 (Ferguson, L.). (Entered: 05/12/2023) |
| 05/10/2023 | 147 | REPORT of Rule 26(f) Planning Meeting. (Cesaroni, John) (Entered: 05/10/2023) |
| 05/10/2023 | 146 | NOTICE of Appearance by Charles A. Loughlin on behalf of Yale University (Loughlin, Charles) (Entered: 05/10/2023) |
| 05/10/2023 | 145 | NOTICE of Appearance by Benjamin F. Holt on behalf of Yale University (Holt, Benjamin) (Entered: 05/10/2023) |
| 05/10/2023 | 144 | NOTICE of Appearance by Christopher Fitzpatrick on behalf of Yale University (Fitzpatrick, Christopher) (Entered: 05/10/2023) |
| 05/10/2023 | 143 | NOTICE of Appearance by Jordan Lee Ludwig on behalf of Princeton University (Ludwig, Jordan) (Entered: 05/10/2023) |
| 05/10/2023 | 142 | NOTICE of Appearance by Rosa M Morales on behalf of Princeton University (Morales, Rosa) (Entered: 05/10/2023) |
| 05/10/2023 | 141 | NOTICE of Appearance by Juan A Arteaga on behalf of Princeton University (Arteaga, Juan) (Entered: 05/10/2023) |
| 05/08/2023 | 140 | NOTICE of Appearance by Andrew Elliott on behalf of Trustees of Dartmouth College (Elliott, Andrew) (Entered: 05/08/2023) |
| 05/08/2023 | 139 | NOTICE of Appearance by Ishan Kharshedji Bhabha on behalf of Trustees of Dartmouth College (Bhabha, Ishan) (Entered: 05/08/2023) |
| 05/08/2023 | 138 | CERTIFICATE OF GOOD STANDING re 127 MOTION for Attorney(s) Christopher Fitzpatrick to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7334379) by Yale |

| | | |
|---|---|---|
| | | University. (Daly, Deirdre) (Entered: 05/08/2023) |
| 05/08/2023 | 137 | CERTIFICATE OF GOOD STANDING re 126 MOTION for Attorney(s) Benjamin F. Holt to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7334359) by Yale University. (Daly, Deirdre) (Entered: 05/08/2023) |
| 05/08/2023 | 136 | CERTIFICATE OF GOOD STANDING re 128 MOTION for Attorney(s) Charles Loughlin to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7334381) by Yale University. (Daly, Deirdre) (Entered: 05/08/2023) |
| 05/08/2023 | 135 | ORDER granting 128 Motion for Attorney Charles Loughlin to be Admitted Pro Hac Vice. Certificate of Good Standing due by 7/7/2023. Signed by Clerk on 5/8/2023. (Mendez, D) (Entered: 05/08/2023) |
| 05/08/2023 | 134 | ORDER granting 127 Motion for Attorney Christopher Fitzpatrick to be Admitted Pro Hac Vice. Certificate of Good Standing due by 7/7/2023. Signed by Clerk on 5/8/2023. (Mendez, D) (Entered: 05/08/2023) |
| 05/08/2023 | 133 | ORDER granting 126 Motion for Attorney Benjamin F. Holt to be Admitted Pro Hac Vice. Certificate of Good Standing due by 7/7/2023. Signed by Clerk on 5/8/2023. (Mendez, D) (Entered: 05/08/2023) |
| 05/08/2023 | 132 | ORDER granting 125 Motion for Attorney Douglas E. Litvack to be Admitted Pro Hac Vice. Signed by Clerk on 5/8/2023. (Mendez, D) (Entered: 05/08/2023) |
| 05/05/2023 | 131 | NOTICE of Appearance by David Gringer on behalf of Trustees of the University of Pennsylvania (Gringer, David) (Entered: 05/05/2023) |
| 05/05/2023 | 130 | NOTICE of Appearance by Seth P. Waxman on behalf of Trustees of the University of Pennsylvania (Waxman, Seth) (Entered: 05/05/2023) |
| 05/05/2023 | 129 | NOTICE of Appearance by Alan Schoenfeld on behalf of Trustees of the University of Pennsylvania (Schoenfeld, Alan) (Entered: 05/05/2023) |
| 05/03/2023 | 128 | MOTION for Attorney(s) Charles Loughlin to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7334381) by Yale University. (Daly, Deirdre) (Entered: 05/03/2023) |
| 05/03/2023 | 127 | MOTION for Attorney(s) Christopher Fitzpatrick to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7334379) by Yale University. (Daly, Deirdre) (Entered: 05/03/2023) |
| 05/03/2023 | 126 | MOTION for Attorney(s) Benjamin F. Holt to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7334359) by Yale University. (Daly, Deirdre) (Entered: 05/03/2023) |
| 05/03/2023 | 125 | MOTION for Attorney(s) Douglas E. Litvack to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7334045) by Trustees of Dartmouth College. (Daly, Deirdre) (Entered: 05/03/2023) |
| 05/03/2023 | 124 | CERTIFICATE OF GOOD STANDING re 71 MOTION for Attorney(s) Terri L. Mascherin to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7311717) by Trustees of Dartmouth College. (Daly, Deirdre) (Entered: 05/03/2023) |
| 05/01/2023 | 123 | ORDER granting 117 Motion for Attorney Andrew C. Elliott to be Admitted Pro Hac Vice. Signed by Clerk on 5/1/2023. (Mendez, D) (Entered: 05/01/2023) |
| 05/01/2023 | 122 | NOTICE of Appearance by Edward Normand on behalf of Tamenang Choh, Grace Kirk (Normand, Edward) (Entered: 05/01/2023) |
| 04/28/2023 | 121 | NOTICE of Appearance by Lauren J. Hartz on behalf of Trustees of Dartmouth College (Hartz, Lauren) (Entered: 04/28/2023) |
| 04/28/2023 | 120 | NOTICE of Appearance by Meaghan Anne Ryan on behalf of Ivy League Council of Presidents (Ryan, Meaghan) (Entered: 04/28/2023) |
| 04/28/2023 | 119 | NOTICE of Appearance by Derek Ludwin on behalf of Ivy League Council of Presidents (Ludwin, Derek) (Entered: 04/28/2023) |
| 04/27/2023 | 118 | ORDER granting 113 Motion for Attorney Rosa Morales to be Admitted Pro Hac Vice. Signed by Clerk on 4/27/2023. (Mendez, D) (Entered: 04/27/2023) |

| | | |
|---|---|---|
| 04/27/2023 | 117 | MOTION for Attorney(s) Andrew C. Elliott to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7327212) by Trustees of Dartmouth College. (Daly, Deirdre) (Entered: 04/27/2023) |
| 04/26/2023 | 116 | CERTIFICATE OF GOOD STANDING re 11 MOTION for Attorney(s) Edward Normand to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7263231) by Tamenang Choh, Grace Kirk. (Normand, Edward) (Entered: 04/26/2023) |
| 04/25/2023 | 115 | ORDER granting 105 Motion for Attorney Lauren J. Hartz to be Admitted Pro Hac Vice. Signed by Clerk on 4/25/2023. (Mendez, D) (Entered: 04/25/2023) |
| 04/25/2023 | 114 | ORDER granting 104 Motion for Attorney Ishan K. Bhabha to be Admitted Pro Hac Vice. Signed by Clerk on 4/25/2023. (Mendez, D) (Entered: 04/25/2023) |
| 04/25/2023 | 113 | MOTION for Attorney(s) Rosa Morales to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7324722) by Princeton University. (Daly, Deirdre) (Entered: 04/25/2023) |
| 04/25/2023 | 112 | ORDER granting 103 Motion for Attorney Jordan Ludwig to be Admitted Pro Hac Vice. Signed by Clerk on 4/25/2023. (Mendez, D) (Entered: 04/25/2023) |
| 04/25/2023 | 111 | ORDER granting 102 Motion for Attorney Juan A. Arteaga to be Admitted Pro Hac Vice. Signed by Clerk on 4/25/2023. (Mendez, D) (Entered: 04/25/2023) |
| 04/21/2023 | 110 | ORDER granting 94 Motion for Attorney David Gringer to be Admitted Pro Hac Vice. Signed by Clerk on 4/21/2023. (Mendez, D) (Entered: 04/21/2023) |
| 04/21/2023 | 109 | ORDER granting 93 Motion for Attorney(s) Seth P. Waxman to be Admitted Pro Hac Vice. Signed by Clerk on 4/21/2023. (Mendez, D) (Entered: 04/21/2023) |
| 04/21/2023 | 108 | ORDER granting 92 Motion for Attorney(s) Alan E. Schoenfeld to be Admitted Pro Hac Vice. Signed by Clerk on 4/21/2023. (Mendez, D) (Entered: 04/21/2023) |
| 04/21/2023 | 107 | ORDER granting 90 Motion for Attorney Meaghan Ryan to be Admitted Pro Hac Vice. Signed by Clerk on 4/21/2023. (Mendez, D) (Entered: 04/21/2023) |
| 04/21/2023 | 106 | ORDER granting 89 Motion for Attorney Derek Ludwin to be Admitted Pro Hac Vice. Signed by Clerk on 4/21/2023. (Mendez, D) (Entered: 04/21/2023) |
| 04/21/2023 | 105 | MOTION for Attorney(s) Lauren J. Hartz to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7321040) by Trustees of Dartmouth College. (Daly, Deirdre) (Entered: 04/21/2023) |
| 04/21/2023 | 104 | MOTION for Attorney(s) Ishan K. Bhabha to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7321015) by Trustees of Dartmouth College. (Daly, Deirdre) (Entered: 04/21/2023) |
| 04/21/2023 | 103 | MOTION for Attorney(s) Jordan Ludwig to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7320960) by Princeton University. (Daly, Deirdre) (Entered: 04/21/2023) |
| 04/21/2023 | 102 | MOTION for Attorney(s) Juan A. Arteaga to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7320958) by Princeton University. (Daly, Deirdre) (Entered: 04/21/2023) |
| 04/21/2023 | 101 | NOTICE of Appearance by Eric Leon Cramer on behalf of Tamenang Choh, Grace Kirk (Cramer, Eric) (Entered: 04/21/2023) |
| 04/21/2023 | 100 | CERTIFICATE OF GOOD STANDING re 65 MOTION for Attorney(s) Eric L. Cramer to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7309256) by Tamenang Choh, Grace Kirk. (Cramer, Eric) (Entered: 04/21/2023) |
| 04/21/2023 | 99 | NOTICE of Appearance by Karen Hoffman Lent on behalf of Trustees of Columbia University in the City of New York (Lent, Karen) (Entered: 04/21/2023) |
| 04/21/2023 | 98 | NOTICE of Appearance by John C. Kocoras on behalf of Trustees of Columbia University in the City of New York (Kocoras, John) (Entered: 04/21/2023) |
| 04/21/2023 | 97 | NOTICE of Appearance by Amy Lynn Van Gelder on behalf of Trustees of Columbia University in the City of New York (Van Gelder, Amy) (Entered: 04/21/2023) |

| | | |
|---|---|---|
| 04/20/2023 | 96 | CERTIFICATE OF GOOD STANDING re 70 MOTION for Attorney(s) Zachary Fardon to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7311710) by Cornell University. (Daly, Deirdre) (Entered: 04/20/2023) |
| 04/20/2023 | 95 | CERTIFICATE OF GOOD STANDING re 69 MOTION for Attorney(s) Norman A. Armstrong, Jr. to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7311623) by Cornell University. (Daly, Deirdre) (Entered: 04/20/2023) |
| 04/20/2023 | 94 | MOTION for Attorney(s) David Gringer to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7319964) by Trustees of the University of Pennsylvania. (Daly, Deirdre) (Entered: 04/20/2023) |
| 04/20/2023 | 93 | MOTION for Attorney(s) Seth P. Waxman to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7319955) by Trustees of the University of Pennsylvania. (Daly, Deirdre) (Entered: 04/20/2023) |
| 04/20/2023 | 92 | MOTION for Attorney(s) Alan E. Schoenfeld to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7319948) by Trustees of the University of Pennsylvania. (Daly, Deirdre) (Entered: 04/20/2023) |
| 04/19/2023 | 91 | Disclosure Statement by Trustees of the University of Pennsylvania. (Daly, Deirdre) (Entered: 04/19/2023) |
| 04/19/2023 | 90 | MOTION for Attorney(s) Meaghan Ryan to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7317398) by Ivy League Council of Presidents. (Daly, Deirdre) (Entered: 04/19/2023) |
| 04/19/2023 | 89 | MOTION for Attorney(s) Derek Ludwin to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7317390) by Ivy League Council of Presidents. (Daly, Deirdre) (Entered: 04/19/2023) |
| 04/19/2023 | 88 | NOTICE of Appearance by Daniel J Walker on behalf of Tamenang Choh, Grace Kirk (Walker, Daniel) (Entered: 04/19/2023) |
| 04/19/2023 | 87 | CERTIFICATE OF GOOD STANDING re 64 MOTION for Attorney(s) Daniel J. Walker to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7309239) by Tamenang Choh, Grace Kirk. (Walker, Daniel) (Entered: 04/19/2023) |
| 04/18/2023 | 86 | NOTICE of Appearance by Terri L. Mascherin on behalf of Trustees of Dartmouth College (Mascherin, Terri) (Entered: 04/18/2023) |
| 04/18/2023 | 85 | SUMMONS Returned Executed by Grace Kirk, Tamenang Choh. Ivy League Council of Presidents served on 4/14/2023, answer due 5/15/2023. (Cesaroni, John) (Entered: 04/18/2023) |
| 04/17/2023 | 84 | ORDER granting 77 Motion for Attorney(s) John C. Kocoras to be Admitted Pro Hac Vice. Signed by Clerk on 4/17/2023. (Mendez, D) (Entered: 04/17/2023) |
| 04/17/2023 | 83 | ORDER granting 71 Motion for Attorney Terri L. Mascherin to be Admitted Pro Hac Vice. Certificate of Good Standing due by 6/16/2023. Signed by Clerk on 4/17/2023. (Mendez, D) (Entered: 04/17/2023) |
| 04/17/2023 | 82 | ORDER granting 70 Motion for Attorney Zachary Fardon to be Admitted Pro Hac Vice. Certificate of Good Standing due by 6/16/2023. Signed by Clerk on 4/17/2023. (Mendez, D) (Entered: 04/17/2023) |
| 04/17/2023 | 81 | ORDER granting 69 Motion for Attorney Norman A. Armstrong, Jr. to be Admitted Pro Hac Vice. Certificate of Good Standing due by 6/16/2023. Signed by Clerk on 4/17/2023. (Mendez, D) (Entered: 04/17/2023) |
| 04/17/2023 | 80 | NOTICE of Appearance by Renata Hesse on behalf of Harvard University (Hesse, Renata) (Entered: 04/17/2023) |
| 04/17/2023 | 79 | NOTICE of Appearance by Diane McGimsey on behalf of Harvard University (McGimsey, Diane) (Entered: 04/17/2023) |
| 04/14/2023 | 78 | Disclosure Statement by Ivy League Council of Presidents. (Allen, David) (Entered: 04/14/2023) |
| 04/14/2023 | 77 | MOTION for Attorney(s) John C. Kocoras to be Admitted Pro Hac Vice by Trustees of Columbia University in the City of New York. (Daly, Deirdre) (Entered: 04/14/2023) |

| | | |
|---|---|---|
| 04/14/2023 | 76 | NOTICE of Appearance by Patrick Madden on behalf of Tamenang Choh, Grace Kirk (Madden, Patrick) (Entered: 04/14/2023) |
| 04/14/2023 | 75 | ORDER granting 68 Motion for Attorney Amy L. Van Gelder to be Admitted Pro Hac Vice. Signed by Clerk on 4/14/2023. (Mendez, D) (Entered: 04/14/2023) |
| 04/14/2023 | 74 | ORDER granting 67 Motion for Attorney Karen Hoffman Lent to be Admitted Pro Hac Vice. Signed by Clerk on 4/14/2023. (Mendez, D) (Entered: 04/14/2023) |
| 04/14/2023 | 73 | ORDER granting 65 Motion for Attorney Eric L. Cramer to be Admitted Pro Hac Vice. Certificate of Good Standing due by 6/13/2023. Signed by Clerk on 4/14/2023. (Mendez, D) (Entered: 04/14/2023) |
| 04/14/2023 | 72 | ORDER granting 64 Motion for Attorney Daniel J. Walker to be Admitted Pro Hac Vice. Certificate of Good Standing due by 6/13/2023. Signed by Clerk on 4/14/2023. (Mendez, D) (Entered: 04/14/2023) |
| 04/14/2023 | 71 | MOTION for Attorney(s) Terri L. Mascherin to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7311717) by Trustees of Dartmouth College. (Daly, Deirdre) (Entered: 04/14/2023) |
| 04/14/2023 | 70 | MOTION for Attorney(s) Zachary Fardon to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7311710) by Cornell University. (Daly, Deirdre) (Entered: 04/14/2023) |
| 04/14/2023 | 69 | MOTION for Attorney(s) Norman A. Armstrong, Jr. to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7311623) by Cornell University. (Daly, Deirdre) (Entered: 04/14/2023) |
| 04/12/2023 | 68 | MOTION for Attorney(s) Amy L. Van Gelder to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7309270) by Trustees of Columbia University in the City of New York. (Daly, Deirdre) (Entered: 04/12/2023) |
| 04/12/2023 | 67 | MOTION for Attorney(s) Karen Hoffman Lent to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7309268) by Trustees of Columbia University in the City of New York. (Daly, Deirdre) (Entered: 04/12/2023) |
| 04/12/2023 | 66 | MOTION for Attorney(s) John C. Kocoras to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7309261) by Trustees of Columbia University in the City of New York. (Daly, Deirdre) (Entered: 04/12/2023) |
| 04/12/2023 | 65 | MOTION for Attorney(s) Eric L. Cramer to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7309256) by Tamenang Choh, Grace Kirk. (Moriarty, James) (Entered: 04/12/2023) |
| 04/12/2023 | 64 | MOTION for Attorney(s) Daniel J. Walker to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7309239) by Tamenang Choh, Grace Kirk. (Moriarty, James) (Entered: 04/12/2023) |
| 04/12/2023 | 63 | Disclosure Statement by Cornell University. (Allen, David) (Entered: 04/12/2023) |
| 04/11/2023 | 62 | NOTICE of Appearance by Alan Cotler on behalf of Tamenang Choh, Grace Kirk (Cotler, Alan) (Entered: 04/11/2023) |
| 04/11/2023 | 61 | NOTICE of Appearance by Najah Jacobs on behalf of Tamenang Choh, Grace Kirk (Jacobs, Najah) (Entered: 04/11/2023) |
| 04/10/2023 | 60 | ORDER granting 57 Motion for Attorney Renata B. Hesse to be Admitted Pro Hac Vice. Signed by Clerk on 4/10/2023. (Mendez, D) (Entered: 04/10/2023) |
| 04/10/2023 | 59 | ORDER granting 56 Motion for Attorney Diane L. McGimsey to be Admitted Pro Hac Vice. Signed by Clerk on 4/10/2023. (Mendez, D) (Entered: 04/10/2023) |
| 04/07/2023 | 58 | Disclosure Statement by Trustees of Columbia University in the City of New York. (Allen, David) (Entered: 04/07/2023) |
| 04/06/2023 | 57 | MOTION for Attorney(s) Renata B. Hesse to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7302328) by Harvard University. (Daly, Deirdre) (Entered: 04/06/2023) |
| 04/06/2023 | 56 | MOTION for Attorney(s) Diane L. McGimsey to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−7302305) by Harvard University. (Daly, Deirdre) (Entered: 04/06/2023) |

| | | |
|---|---|---|
| 04/06/2023 | 55 | CERTIFICATE OF GOOD STANDING re 10 MOTION for Attorney(s) Patrick F. Madden to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7263223) by Tamenang Choh, Grace Kirk. (Cesaroni, John) (Entered: 04/06/2023) |
| 04/06/2023 | 54 | CERTIFICATE OF GOOD STANDING re 7 MOTION for Attorney(s) Najah A. Jacobs to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7263175) by Tamenang Choh, Grace Kirk. (Cesaroni, John) (Entered: 04/06/2023) |
| 04/06/2023 | 53 | CERTIFICATE OF GOOD STANDING re 5 MOTION for Attorney(s) Alan Cotler to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7263089) by Tamenang Choh, Grace Kirk. (Cesaroni, John) (Entered: 04/06/2023) |
| 04/05/2023 | 52 | CERTIFICATE OF GOOD STANDING re 9 MOTION for Attorney(s) Robert E. Litan to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7263204) by Tamenang Choh, Grace Kirk. (Litan, Robert) (Entered: 04/05/2023) |
| 04/05/2023 | 51 | Corporate Disclosure Statement by Yale University. (Allen, David) (Entered: 04/05/2023) |
| 04/04/2023 | 50 | NOTICE of Appearance by Robert E. Litan on behalf of Tamenang Choh, Grace Kirk (Litan, Robert) (Entered: 04/04/2023) |
| 04/04/2023 | 49 | NOTICE of Appearance by Noah J. Kaufman on behalf of Brown University (Kaufman, Noah) (Entered: 04/04/2023) |
| 04/04/2023 | 48 | NOTICE of Appearance by Jon Roellke on behalf of Brown University (Roellke, Jon) (Entered: 04/04/2023) |
| 04/04/2023 | 47 | ORDER: The Motion to Admit Hope Brinn as Visiting Attorney (ECF No. 12 ) is hereby GRANTED. Certificate of Good Standing due by 06/03/2023. It is so ordered. Signed by Judge Alvin W. Thompson on 04/04/2023. (Ghinaglia Socorro, F.) (Entered: 04/04/2023) |
| 04/04/2023 | 46 | ORDER: The Motion to Admit Edward Normand as Visiting Attorney (ECF No. 11 ) is hereby GRANTED. Certificate of Good Standing due by 06/03/2023. It is so ordered. Signed by Judge Alvin W. Thompson on 04/04/2023. (Ghinaglia Socorro, F.) (Entered: 04/04/2023) |
| 04/04/2023 | 45 | ORDER: The Motion to Admit Patrick F. Madden as Visiting Attorney (ECF No. 10 ) is hereby GRANTED. Certificate of Good Standing due by 06/03/2023. It is so ordered. Signed by Judge Alvin W. Thompson on 04/04/2023. (Ghinaglia Socorro, F.) (Entered: 04/04/2023) |
| 04/04/2023 | 44 | ORDER: The Motion to Admit Robert E. Litan as Visiting Attorney (ECF No. 9 ) is hereby GRANTED. Certificate of Good Standing due by 06/03/2023. It is so ordered. Signed by Judge Alvin W. Thompson on 04/04/2023. (Ghinaglia Socorro, F.) (Entered: 04/04/2023) |
| 04/04/2023 | 43 | ORDER: The Motion to Admit Stephen Lagos as Visiting Attorney (ECF No. 8 ) is hereby GRANTED. Certificate of Good Standing due by 06/03/2023. It is so ordered. Signed by Judge Alvin W. Thompson on 04/04/2023. (Ghinaglia Socorro, F.) (Entered: 04/04/2023) |
| 04/04/2023 | 42 | ORDER: The Motion to Admit Najah A. Jacobs as Visiting Attorney (ECF No. 7 ) is hereby GRANTED. Certificate of Good Standing due by 06/03/2023. It is so ordered. Signed by Judge Alvin W. Thompson on 04/04/2023. (Ghinaglia Socorro, F.) (Entered: 04/04/2023) |
| 04/04/2023 | 41 | ORDER: The Motion to Admit Velvel (Devin) Freedman as Visiting Attorney (ECF No. 6 ) is hereby GRANTED. Certificate of Good Standing due by 06/03/2023. It is so ordered. Signed by Judge Alvin W. Thompson on 04/04/2023. (Ghinaglia Socorro, F.) (Entered: 04/04/2023) |
| 04/04/2023 | 40 | ORDER: The Motion to Admit Alan Cotler as Visiting Attorney (ECF No. 5 ) is hereby GRANTED. Certificate of Good Standing due by 06/03/2023. It is so ordered. Signed by Judge Alvin W. Thompson on 04/04/2023. (Ghinaglia Socorro, F.) (Entered: 04/04/2023) |
| 04/03/2023 | 39 | Corporate Disclosure Statement by Trustees of Dartmouth College. (Allen, David) (Entered: 04/03/2023) |
| 04/03/2023 | 38 | Corporate Disclosure Statement by Princeton University. (Allen, David) (Entered: 04/03/2023) |
| 04/03/2023 | 37 | Corporate Disclosure Statement by Harvard University. (Allen, David) (Entered: 04/03/2023) |
| 04/03/2023 | 36 | Corporate Disclosure Statement by Brown University. (Allen, David) (Entered: 04/03/2023) |
| 04/03/2023 | 35 | CERTIFICATE OF GOOD STANDING re 30 MOTION for Attorney(s) Noah J. Kaufman to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7293190) by Brown |

| | | |
|---|---|---|
| | | University. (Daly, Deirdre) (Entered: 04/03/2023) |
| 04/03/2023 | 34 | CERTIFICATE OF GOOD STANDING re 29 MOTION for Attorney(s) Jon R. Roellke to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7293189) by Brown University. (Daly, Deirdre) (Entered: 04/03/2023) |
| 04/03/2023 | 33 | ORDER granting 30 Motion to Appear for Attorney Noah J. Kaufman to be Admitted Pro Hac Vice Certificate of Good Standing due by 6/2/2023. Signed by Clerk on 4/3/2023. (Barry, L) (Entered: 04/03/2023) |
| 04/03/2023 | 32 | ORDER granting 29 Motion to Appear for Attorney Jon R. Roellke to be Admitted Pro Hac Vice Certificate of Good Standing due by 6/2/2023. Signed by Clerk on 4/3/2023. (Barry, L) (Entered: 04/03/2023) |
| 03/31/2023 | | Answer deadline updated for Brown University to 5/15/2023; Cornell University to 5/15/2023; Harvard University to 5/15/2023; Ivy League Council of Presidents to 5/15/2023; Princeton University to 5/15/2023; Trustees of Columbia University in the City of New York to 5/15/2023; Trustees of Dartmouth College to 5/15/2023; Trustees of the University of Pennsylvania to 5/15/2023; Yale University to 5/15/2023. (Ferguson, L.) (Entered: 04/03/2023) |
| 03/31/2023 | 31 | ORDER: The Joint Motion for Extension of Time (ECF No. 28 ) is hereby GRANTED. The defendants shall move to dismiss, answer, or otherwise respond to the plaintiffs' Complaint by May 15, 2023. The plaintiffs shall file any oppositions to any motions to dismiss by June 29, 2023. The defendants shall file any reply in further support of any motions to dismiss by July 27, 2023. It is so ordered. Signed by Judge Alvin W. Thompson on 03/31/2023. (Ghinaglia Socorro, F.) (Entered: 03/31/2023) |
| 03/31/2023 | 30 | MOTION for Attorney(s) Noah J. Kaufman to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7293190) by Brown University. (Daly, Deirdre) (Entered: 03/31/2023) |
| 03/31/2023 | 29 | MOTION for Attorney(s) Jon R. Roellke to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC–7293189) by Brown University. (Daly, Deirdre) (Entered: 03/31/2023) |
| 03/30/2023 | 28 | Joint MOTION for Extension of Time until May 15, 2023 to move to dismiss, answer or respond to Complaint; June 29, 2023 for oppositions to motions to dismiss and July 27, 2023 for replies to motions to dismiss 1 Complaint by Brown University, Cornell University, Harvard University, Ivy League Council of Presidents, Princeton University, Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Trustees of the University of Pennsylvania, Yale University. (Allen, David) (Entered: 03/30/2023) |
| 03/30/2023 | 27 | NOTICE of Appearance by David R. Allen on behalf of Brown University, Cornell University, Harvard University, Ivy League Council of Presidents, Princeton University, Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Trustees of the University of Pennsylvania, Yale University (Allen, David) (Entered: 03/30/2023) |
| 03/30/2023 | 26 | NOTICE of Appearance by Deirdre M. Daly on behalf of Brown University, Cornell University, Harvard University, Ivy League Council of Presidents, Princeton University, Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Trustees of the University of Pennsylvania, Yale University (Daly, Deirdre) (Entered: 03/30/2023) |
| 03/22/2023 | 25 | SUMMONS Returned Executed by Grace Kirk, Tamenang Choh. Trustees of Dartmouth College served on 3/17/2023, answer due 4/7/2023. (Moriarty, James) (Entered: 03/22/2023) |
| 03/21/2023 | 24 | SUMMONS Returned Executed by Grace Kirk, Tamenang Choh. Yale University served on 3/13/2023, answer due 4/3/2023. (Moriarty, James) (Entered: 03/21/2023) |
| 03/21/2023 | 23 | SUMMONS Returned Executed by Grace Kirk, Tamenang Choh. Harvard University served on 3/13/2023, answer due 4/3/2023. (Moriarty, James) (Entered: 03/21/2023) |
| 03/16/2023 | 22 | SUMMONS Returned Executed by Grace Kirk, Tamenang Choh. Brown University served on 3/13/2023, answer due 4/3/2023. (Moriarty, James) (Entered: 03/16/2023) |
| 03/16/2023 | 21 | SUMMONS Returned Executed by Grace Kirk, Tamenang Choh. Trustees of Columbia University in the City of New York served on 3/9/2023, answer due 3/30/2023. (Moriarty, James) (Entered: 03/16/2023) |
| 03/16/2023 | 20 | SUMMONS Returned Executed by Grace Kirk, Tamenang Choh. Princeton University served on 3/13/2023, answer due 4/3/2023. (Moriarty, James) (Entered: 03/16/2023) |

| | | |
|---|---|---|
| 03/16/2023 | 19 | SUMMONS Returned Executed by Grace Kirk, Tamenang Choh. Trustees of the University of Pennsylvania served on 3/13/2023, answer due 4/3/2023. (Moriarty, James) (Entered: 03/16/2023) |
| 03/16/2023 | 18 | SUMMONS Returned Executed by Grace Kirk, Tamenang Choh. Cornell University served on 3/10/2023, answer due 3/31/2023. (Moriarty, James) (Entered: 03/16/2023) |
| 03/08/2023 | 17 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Brown University, Cornell University, Harvard University, Ivy League Council of Presidents, Princeton University, Trustees of Columbia University in the City of New York, Trustees of Dartmouth College, Trustees of the University of Pennsylvania, Yale University* with answer to complaint due within *21* days. Attorney *Stephen M. Kindseth* *Zeisler & Zeisler, P.C.* *10 Middle Street 15th Floor* *Bridgeport, CT 06604*. (Barry, L) (Entered: 03/08/2023) |
| 03/08/2023 | 16 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 2 Notice re: Disclosure Statement,, 15 Protective Order, 14 Electronic Filing Order, 13 Order on Pretrial Deadlines, 1 Complaint filed by Tamenang Choh, Grace Kirk Signed by Clerk on 3/7/2023.(Barry, L) (Entered: 03/08/2023) |
| 03/08/2023 | 12 | MOTION for Attorney(s) Hope E. Brinn to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7263738) by Tamenang Choh, Grace Kirk. (Attachments: # 1 Exhibit A)(Kindseth, Stephen) (Entered: 03/08/2023) |
| 03/07/2023 | 15 | Standing PROTECTIVE ORDER<br>Signed by Judge Alvin W. Thompson on 3/7/2023. (Barry, L) (Entered: 03/08/2023) |
| 03/07/2023 | 14 | ELECTRONIC FILING ORDER FOR COUNSEL – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Alvin W. Thompson on 3/7/2023.(Barry, L) (Entered: 03/08/2023) |
| 03/07/2023 | 13 | Order on Pretrial Deadlines: Amended Pleadings due by 5/6/2023 Discovery due by 9/6/2023 Dispositive Motions due by 10/11/2023<br>Signed by Clerk on 3/7/2023. (Barry, L) (Entered: 03/08/2023) |
| 03/07/2023 | | Judge Alvin W. Thompson and Judge Robert M. Spector added. (Freberg, B) (Entered: 03/08/2023) |
| 03/07/2023 | 11 | MOTION for Attorney(s) Edward Normand to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7263231) by Tamenang Choh, Grace Kirk. (Attachments: # 1 Exhibit A)(Kindseth, Stephen) (Entered: 03/07/2023) |
| 03/07/2023 | 10 | MOTION for Attorney(s) Patrick F. Madden to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7263223) by Tamenang Choh, Grace Kirk. (Attachments: # 1 Exhibit A)(Kindseth, Stephen) (Entered: 03/07/2023) |
| 03/07/2023 | 9 | MOTION for Attorney(s) Robert E. Litan to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7263204) by Tamenang Choh, Grace Kirk. (Attachments: # 1 Exhibit A)(Kindseth, Stephen) (Entered: 03/07/2023) |
| 03/07/2023 | 8 | MOTION for Attorney(s) Stephen Lagos to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7263200) by Tamenang Choh, Grace Kirk. (Attachments: # 1 Exhibit A)(Kindseth, Stephen) (Entered: 03/07/2023) |
| 03/07/2023 | 7 | MOTION for Attorney(s) Najah A. Jacobs to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7263175) by Tamenang Choh, Grace Kirk. (Attachments: # 1 Exhibit A)(Kindseth, Stephen) (Entered: 03/07/2023) |
| 03/07/2023 | 6 | MOTION for Attorney(s) Velvel (Devin) Freedman to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7263149) by Tamenang Choh, Grace Kirk. (Attachments: # 1 Exhibit A)(Kindseth, Stephen) (Entered: 03/07/2023) |
| 03/07/2023 | 5 | MOTION for Attorney(s) Alan Cotler to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-7263089) by Tamenang Choh, Grace Kirk. (Attachments: # 1 Exhibit A)(Kindseth, Stephen) (Entered: 03/07/2023) |
| 03/07/2023 | 4 | NOTICE of Appearance by John Louis Cesaroni on behalf of Tamenang Choh, Grace Kirk (Cesaroni, John) (Entered: 03/07/2023) |

| | | |
|---|---|---|
| 03/07/2023 | 3 | NOTICE of Appearance by James M. Moriarty on behalf of Tamenang Choh, Grace Kirk (Moriarty, James) (Entered: 03/07/2023) |
| 03/07/2023 | 2 | Notice: Pursuant to Federal Rule of Civil Procedure 7.1, any nongovernmental corporate party must electronically file a disclosure statement that identifies any parent corporation and any publicly held corporation owning 10% or more of its stock or states that there is no such corporation. Such disclosure statement must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case.<br>Signed by Clerk on 3/7/2023.(Anastasio, F.) (Entered: 03/07/2023) |
| 03/07/2023 | | Request for Clerk to issue summons as to All Defendants. (Kindseth, Stephen) (Entered: 03/07/2023) |
| 03/07/2023 | 1 | COMPLAINT against All Defendants ( Filing fee $402 receipt number ACTDC–7262825.), filed by Grace Kirk, Tamenang Choh.(Kindseth, Stephen) (Entered: 03/07/2023) |